Statement 1 of 2

## The Drug Addict's Marriage Creed

(She found him there on the floor,
his lifeless hand covering the poem....)

So now little man, you've grown tired of grass
L. S. D., goofballs, cocaine and hash,
And someone pretending to be a true friend
Said, "I'll introduce you to Miss Heroin."

Well, honey, before you start fooling with me
Just let me inform you of how it will be
For I will seduce you and make you my slave.
I've sent men much stronger than you to their graves.

You think you could never become a disgrace
And end up addicted to poppy seed waste.
So you'll start inhaling me one afternoon;
You'll take me into your arms very soon.

And once I have entered deep down in your veins
The craving will nearly drive you insane.
You'll need lots of money (as you have been told)
For, darling, I'm much more expensive than gold.

You'll swindle your mother; and just for a buck
You'll turn into something vile and corrupt.
You'll mug and you'll steal for my narcotic charm
And feel contentment when I'm in your arm.

The day when you realize the monster you've grown,
You'll solemnly promise to leave me alone
If you think that you've got the mystical knack,
Then, sweetie, just try getting me off of your back.

The vomit, the cramps, your gut tied in knots,
The jangling nerves screaming for just one more shot.
The chills and cold sweat, the withdrawal pains
Can only be saved by my little white grains.

There's no other way, and there's no need to look,
For deep down inside, you will know you are hooked.
You desperately run to the pusher and then
You'll welcome me back to your arm once again.

And when you return (just as I foretold)
I know you will give me your body and soul.
You'll give me your morals, your conscience, your heart,
And you will be mine until

**death do us part.**

Would you like to end this vicious, relentless cycle?
There's hope.

___

This web site is a service of
**The Missing Link, Inc.®**
*Linking Troubled Youth and Adults with Life-Changing Programs*
Web site - http://misslink.org
Chapel Site: http://childrenschapel.org
*Home of David Wilkerson's Times Square Church Pulpit Series Multilingual Web Site*
http://www.tscpulpitseries.org

Copyright © 2015 - **The Missing Link, Inc. ®**

Top of Page

___

Our webmaster welcomes your comments and suggestions.
Last updated February 13, 2015

Back to previous page   *Paula Taylor*

W3C XHTML   *Paula Taylor*

Site Index | About Us | Feedback | Hot Links | Newsletter | Pictures | Practical Help | Promotions | Home Page

*Paula Taylor*

Sincerely,
*Paula Taylor*   12/5/2019