# AFFIDAVIT OF INDIGENCY COURT OF APPEALS OF GEORGIA

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2019 DEC -5 PM 4: 59
CLERK Casbell
SO. DIST. OF GA.

Paula Sue Taylor & All Drug Addicts of The United States of America, *

APPELLANT *

V219-149

Vs * CASE NUMBER

_____, * _____

APPELLE E

## AFFIDAVIT OF INDIGENCY

Comes now Paula Taylor & All Drug Addicts of United States of America (Appellant's name) first being duly sworn, deposes and states I am financially unable to pay the filing fee required for filing in the Court of Appeals of Georgia, and I request that I be permitted to file Appellant's Brief or Appellant's Application without having to pay filing fees. I further swear that the responses which I have made to the questions and instructions below are true.

1. Are you presently employed either full or part time? Yes G No If the answer is "Yes", state the amount of your salary or wages per month, and give the name, address and phone number of your employer: __Self Employed $11,000

If the answer is "No", state the date of last employment and the amount of the salary and wages per month which you received:
_____
_____
_____

2. Have you received within the past twelve months any money from any of the following

sources? Business, profession or form of self-employment? G Yes G No Pensions, annuities or life insurance payments? G Yes G No Rent payments, interest or dividends? G Yes G No Gifts or inheritances? G Yes G No State or Federal benefit allowances? G Yes G No Any other sources? G Yes G No

Explain your ability to pay counsel but not court fees.
_____
_____
_____

This the _____ day of _____, _____.

_____Notary Public

```
SOC-S_____    BYB-DATE 12 01 19         SURNAME(S)

     EMPLOYER NAME         EMP NUM    QTR/YR      WAGES      PAGE SURNAME




---QTR/YR TOTAL---   ---QTR/YR TOTAL---   ---QTR/YR TOTAL---   ---QTR/YR TOTAL---
3 2018        0.00  4 2018        0.00  1 2019        0.00  2 2019        0.00
TOTAL BASE        0.00    WBA   0    NUM OF WKS  0    MAX AMT        0

NO DATA FOUND FOR ENTERED SEARCH CRITERIA
PF: 1-HELP 3-PREVMENU 4-MN00 7-BKWD 8-FRWD 11-NA 13-PREVTRAN
NA:         14-MD77 16-CI50
```



Georgia Department of Labor
**NOTICE AND DISCLAIMER**
This information is not a record of current earnings or evidence of current eligibility for unemployment benefits. It cannot be used for determining eligibility for other programs.