# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

Scott L. Poff  
Clerk of Court

OFFICE of the CLERK  
P.O. Box 1636  
BRUNSWICK, GEORGIA  31521

(912)280-1330

## NOTICE of FILING DEFICIENCY

To: Paula Sue Taylor  
Case: 2:19-cv-149

Date: 12/5/2019  
Party: Plaintiff

Your pleading, __Complaint_____

_____,

was filed on ___12/05/19___, however, is deficient in the area(s) checked below:

[ ☐ ] No actions required (Informative Only)    or    [ ☐ ] Corrective Actions Required

(NOTE: "L.R." refers to the Local Rules, Southern District of Georgia)

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (L.R. 7.1.1)
☐ 2. Pleading is illegible or otherwise not in compliance with L.R. 10.1.
☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
☒ 4. Pleading is not signed. (L.R. 11.1 and Administrative Procedures)
☐ 5. No certificate of service or explanation why service is not required was submitted. (L.R. 5.1 and FRCP)
☐ 6. Motion is not in compliance with Local Rules.
  ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
  ☐ b. No good faith document was submitted. (L.R. 26.5)
  ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
  ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in either a WordPerfect or Word format. (Administrative Procedures)
☐ 7. Document was not filed electronically using CM/ECF. (Administrative Procedures)
☐ 8. Motion contained request for multiple reliefs but was not selected during electronic filing. (L.R. Policy)
☐ 9. Counsel should file a separate motion for each relief sought and not file a consolidated motion.
☐ 10.

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: _____Ouiellte Robinson_____  
Deputy Clerk