FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 FEB 7 PM 2:44
CLERK C. Robinson
SO. DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| PAULA SUE TAYLOR, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:19-cv-149 |
| v. | * | |
| LESLIE MILLER BATTEN; JENNIFER HOLDER; BEN HOLDER; PAUL TAYLOR; BRIAN DALE JONES; and UNITED STATES OF AMERICA, | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. Plaintiff did not file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

SO ORDERED, this 7 day of February, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)